IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-10621-AJN |
| ON DECK CAPITAL, INC., ENVOA INTERNATIONAL, INC., and JOHN/JANE DOES 1-5, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS ON DECK CAPITAL, INC. AND ENOVA INTERNATIONAL, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants On Deck Capital, Inc. and Enova International, Inc. (collectively, "Defendants"), by and through their attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully request that the Court dismiss Plaintiff Craig Cunningham's Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The reasons in support of this motion are set forth in Defendants' Memorandum in Support, filed herewith.

DATED this 26th day of February 2021.

                                                         Respectfully submitted,

                                                        By: */s/ Stephen J. Steinlight*
                                                        Stephen J. Steinlight
                                                        Troutman Pepper Hamilton Sanders LLP
                                                        875 Third Avenue
                                                        New York, NY 10022
                                                        Telephone:  (212) 704-6000
                                                        Facsimile:  (202) 704-6288
                                                        Email:  stephen.steinlight@troutman.com

                                                        *Counsel for Defendants On Deck Capital, Inc. and Enova International, Inc.*