## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-10621-AJN |
| ON DECK CAPITAL, INC., ENVOA | ) |
| INTERNATIONAL, INC., and | ) |
| JOHN/JANE DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

This matter is before the Court on Defendants On Deck Capital, Inc. and Enova International, Inc.'s Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Upon consideration of the motion and memorandum in support, and for good cause shown, it is hereby **ORDERED** that:

The Motion is **GRANTED** and the Complaint is dismissed with prejudice.

**SO ORDERED**, this \_\_\_\_ day of February, 2021.

_____
The Honorable Alison J. Nathan
United States District Judge