## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRAIG CUNNINGHAM,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **Case No. 1:20-cv-10621-AJN** |
| **ON DECK CAPITAL, INC., ENVOA INTERNATIONAL, INC., and JOHN/JANE DOES 1-5,** | ) ) ) ) |
| **Defendants.** | ) ) ) |

## DEFENDANTS ON DECK CAPITAL, INC. AND ENOVA INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendants On Deck Capital, Inc. and Enova International, Inc. (collectively, "Defendants"), by and through their attorneys, certify that both parties are non-government, corporate entities. Defendants further certify:

- Defendant On Deck Capital, Inc. is a wholly-owned subsidiary of Enova International, Inc.;

- Defendant Enova International, Inc. is a publicly-traded corporation;

- Its stock is traded on the New York Stock Exchange under the symbol "ENVA"; and

- Blackrock, Inc. owns more than 10% of Enova International's stock.

DATED this 10th day of March, 2021.

                                        Respectfully submitted,

                                        By:  */s/ Stephen J. Steinlight*
                                        Stephen J. Steinlight
                                        Troutman Pepper Hamilton Sanders LLP
                                        875 Third Avenue
                                        New York, NY 10022
                                        Telephone:  (212) 704-6000
                                        Facsimile:  (202) 704-6288
                                        Email:  stephen.steinlight@troutman.com

                                        *Counsel for Defendants On Deck Capital, Inc. and Enova International, Inc.*