Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

---

**Stephen J. Steinlight**
D 212.704.6008
F 212.704.6288
stephen.steinlight@troutman.com

May 27, 2021

**VIA ECF**

The Honorable Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Cunningham v. OnDeck Capital, Inc., et al.* **(Case No. 1:20-cv-10621-AJN)**
**Leave to File Recordings as Part of Defendants' Motion to Dismiss**

Dear Judge Nathan:

      This firm represents Defendants OnDeck Capital, Inc. and Enova International, Inc. in the above-referenced action.  Defendants' responsive pleading is due on Friday, May 28, 2021 and, as part of their filing, Defendants request leave to attach call recordings between OnDeck and Plaintiff Craig Cunningham ("Plaintiff"), as referenced by Plaintiff in his Amended Complaint.  Defendants state that they intend to file such recordings under seal, as they include information that could be considered individual financial information as described in the Court's Individual Practices in Civil Cases, Rule 4(A).

      Accordingly, Defendants respectfully request leave to file recordings as part of its responsive pleading and we thank Your Honor for your consideration of this matter.

      Respectfully submitted,

*s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc:    Plaintiff, pro se (via email)