# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-10621-AJN |
| ON DECK CAPITAL, INC., ENVOA INTERNATIONAL, INC., and JOHN/JANE DOES 1-5, | ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS ON DECK CAPITAL, INC. AND ENOVA INTERNATIONAL, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants On Deck Capital, Inc. and Enova International, Inc. (collectively, "Defendants"), by and through their attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully request that the Court dismiss Plaintiff Craig Cunningham's Amended Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The reasons in support of this motion are set forth in Defendants' Memorandum in Support, filed herewith.

DATED this 28th day of May, 2021.

Respectfully submitted,

By: */s/ Stephen J. Steinlight*
Stephen J. Steinlight
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 704-6000
Facsimile:  (202) 704-6288
Email:  stephen.steinlight@troutman.com

*Counsel for Defendants On Deck Capital, Inc. and Enova International, Inc.*