UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Craig Cunningham,

                Plaintiffs,

–v–

On Deck Capital, Inc., *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21

20-cv-10621 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Plaintiff's amended complaint, Dkt. No. 12, and Defendants' motion to dismiss the amended complaint, Dkt. No. 15, the Defendants' motion to dismiss the original complaint is denied as moot. Dkt. No. 5. The Court will rule on the motion to dismiss the amended complaint in due course.

    This resolves Dkt. No. 5.

    SO ORDERED.

Dated: September 22, 2021
       New York, New York

                            _____
                            ALISON J. NATHAN
                            United States District Judge